UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

SAMANTHA WEBER,

Plaintiff,

v.

PETERSEN HEALTH NETWORK, LLC d/b/a
Flora Gardens Care Center,

Defendant.

Case No. 23-cv-2344-JPG

## JUDGMENT

This matter having come before the Court and the plaintiff having failed to prosecute this

action,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without

prejudice.

**DATED: April 17, 2026**          **MONICA A. STUMP, Clerk of Court**

Tina A Gray   Digitally signed by Tina A Gray
Date: 2026.04.17 08:41:01
-05'00'

**Approved:** _____

**J. PHIL GILBERT**
**DISTRICT JUDGE**